Fill in this information to identify the case:

Debtor name __11500 Space Center, LLC__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) __21-32299__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 20, 2021__    X _____
                                   Signature of individual signing on behalf of debtor

                                   __John Kevin Munz__
                                   Printed name

                                   __President of Manager__
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**11500 Space Center, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**21-32299**__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $    **30,815,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................. $    **462.60**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $    **30,815,462.60**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $    **16,993,805.29**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    **9,250,455.78**

4. **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b      $    **26,244,261.07**

**Fill in this information to identify the case:**

Debtor name    **11500 Space Center, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **21-32299**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Veritex Bank** | **Checking** | 3952 | **$462.60** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$462.60** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor      **11500 Space Center, LLC**                                    Case number *(if known)*  **21-32299**
Name

---

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Being a 4.319 Acre of improved real property located at 11500 Space Center Blvd. Houston, TX 77059 and more particularly described in Schedule Exhibit A55 attached hereto.** | Fee simple | $25,680,262.90 | Appraisal | $30,815,000.00 |

56.      **Total of Part 9.**                                                                        | $30,815,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **11500 Space Center, LLC**                                    Case number *(if known)*  **21-32299**
          Name

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☐ No
      ■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) |  |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73.   **Interests in insurance policies or annuities** |  |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential breach of lease claim against Sacred Oak Medical Center, LLC and Jason Leday as guarantor**<br>Nature of claim<br>Amount requested                      $0.00 | **Unknown** |
| **Claims against Majestic Investments, LLC and Majestic Properties, LLC, asserted in Cause No. 2021-32374, 11500 Space Center, LLC, Space Center Land Development, LLC and Sacred Oaks Medical Center, LLC including, but not limited to , breach of contract, breach of fiduciary duty and tortious interference.**<br>Nature of claim<br>Amount requested                      $0.00 | **$0.00** |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76.   **Trusts, equitable or future interests in property** |  |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Rents and associated charges from Sacred Oaks Medical, LLC** | **Unknown** |

Debtor  **11500 Space Center, LLC**
Name

Case number *(if known)*  **21-32299**

78.  **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor     **11500 Space Center, LLC**                                   Case number *(If known)*  **21-32299**
           Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $462.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $30,815,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $462.60 | + 91b. $30,815,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $30,815,462.60 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>11500 Space Center, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><strong>21-32299</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Architectural Division 8** <br> Creditor's Name <br><br> **2425 Brockton**<br>**Suite 101**<br>**San Antonio, TX 78217** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Being a 4.319 Acre of improved real property located at 11500 Space Center Blvd. Houston, TX 77059 and more particularly described in Schedule Exhibit A55 attached hereto.**<br><br>**Describe the lien**<br>**Mechanic's Lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$144,887.85** | **$30,815,000.00** |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Smart Financial**<br>**2. PEAH Capital LLC**<br>**3. TaxCore Lending LLC**<br>**4. Architectural Division 8**<br>**5. Clearpoint Crossing Property Owners Assn**<br>**6. Wilson Fire Equipment & Service Co Inc**<br>**7. L&W Supply Corporation**<br>**8. Private Capital Group Inc.**<br>**9. Propel Financial Services LLC**<br>**10. Triple J Contractors, LLC** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **2.2** | **Clearpoint Crossing Property Owners Assn** | **Describe debtor's property that is subject to a lien** | **$4,432.59** | **$30,815,000.00** |

Debtor **11500 Space Center, LLC**                          Case number (if known) **21-32299**
_____
Name

| | |
|---|---|
| Creditor's Name | Being a 4.319 Acre of improved real property located at 11500 Space Center Blvd. Houston, TX 77059 and more particularly described in Schedule Exhibit A55 attached hereto. |
| **1302 Waugh Dr. #386 Houston, TX 77019** | |
| Creditor's mailing address | Describe the lien **Statutory Lien** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

| 2.3 | **L&W Supply Corporation** | Describe debtor's property that is subject to a lien | $29,766.75 | $30,815,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Being a 4.319 Acre of improved real property located at 11500 Space Center Blvd. Houston, TX 77059 and more particularly described in Schedule Exhibit A55 attached hereto. | | |
| | **1415 E. Broadway Pearland, TX 77581** | | | |
| | Creditor's mailing address | Describe the lien **Mechanic's Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ☐ No | ■ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **Specified on line 2.1** | ■ Disputed | | |

| 2.4 | **Majestic Properties LLC** | Describe debtor's property that is subject to a lien | $4,703,279.32 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Claims against Majestic Investments, LLC and Majestic Properties, asserted in Cause No. 2021-32374, 11500 Space Center, LLC, Space Center Land Development, LLC and Sacred Oaks Medical Center, LLC including, but not limited to , breach of co | | |
| | **PO Box 580426 Houston, TX 77258-0426** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 7

Debtor   **11500 Space Center, LLC**                              Case number (if known)   **21-32299**
_____                              _____
Name

| | |
|---|---|
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 | **National Motion Concepts LLC** | Describe debtor's property that is subject to a lien | $1,151,978.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Secured by real property owned by affiliated entity. Principal loan balance**

**7652 Greenbriar Road**
**Madisonville, TX 77864**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **PEAH Capital LLC** | Describe debtor's property that is subject to a lien | $3,414,962.67 | $30,815,000.00 |
|---|---|---|---|---|

Creditor's Name

**Being a 4.319 Acre of improved real property located at 11500 Space Center Blvd. Houston, TX 77059 and more particularly described in Schedule Exhibit A55 attached hereto.**

**2650 NW 5th Avenue**
**Miami, FL 33127**

Creditor's mailing address

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Private Capital Group Inc.** | Describe debtor's property that is subject to a lien | $86,900.01 | $30,815,000.00 |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 7

Debtor   **11500 Space Center, LLC**
_____
Name

Case number (if known)   **21-32299**

---

Creditor's Name

**160 W. Canyon Crest Rd**
**Alpine, UT 84004**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Being a 4.319 Acre of improved real property located at 11500 Space Center Blvd. Houston, TX 77059 and more particularly described in Schedule Exhibit A55 attached hereto.**

**Describe the lien**
**Judgment Lien- on appeal**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Propel Financial Services LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 100350**
**San Antonio, TX 78201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**   $192,108.14   $30,815,000.00
**Being a 4.319 Acre of improved real property located at 11500 Space Center Blvd. Houston, TX 77059 and more particularly described in Schedule Exhibit A55 attached hereto.**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Smart Financial** | | | |
|---|---|---|---|---|

Creditor's Name

**6051 North Course Drive**
**Suite 100**
**Houston, TX 77072**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**   $6,200,000.00   $30,815,000.00
**Being a 4.319 Acre of improved real property located at 11500 Space Center Blvd. Houston, TX 77059 and more particularly described in Schedule Exhibit A55 attached hereto.**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **11500 Space Center, LLC**
_____
Name

Case number (if known)   **21-32299**
_____

**Last 4 digits of account number**
**Attn: Sean Price**
_____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **TaxCore Lending LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**4849 Greenville Avenue**
**Tower Two**
**Suite 1620**
**Dallas, TX 75206**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**Being a 4.319 Acre of improved real property located at 11500 Space Center Blvd. Houston, TX 77059 and more particularly described in Schedule Exhibit A55 attached hereto.**

**Describe the lien**
**Statutory Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$681,173.96**       **$30,815,000.00**

---

| 2.11 | **Triple J Contractors, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**9901 West Fairmont**
**Parkway**
**La Porte, TX 77571**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**Being a 4.319 Acre of improved real property located at 11500 Space Center Blvd. Houston, TX 77059 and more particularly described in Schedule Exhibit A55 attached hereto.**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$371,682.98**       **$30,815,000.00**

---

| Debtor | 11500 Space Center, LLC | Case number (if known) | 21-32299 |
|---|---|---|---|
| | Name | | |

| 2.1 2 | **Wilson Fire Equipment & Service Co Inc** | | $12,633.02 | $30,815,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Being a 4.319 Acre of improved real property located at 11500 Space Center Blvd. Houston, TX 77059 and more particularly described in Schedule Exhibit A55 attached hereto.**

**7303 Empire Central Dr**
**Houston, TX 77040**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $16,993,805. 29 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Howard Marc Spector**<br>**Spector & Cox**<br>**12770 Coit Rd**<br>**Suite 850**<br>**Dallas, TX 75251** | Line  **2.8** | |
| **James W. Doyle**<br>**Winstead PC**<br>**600 Travis Street**<br>**Suite 5200**<br>**Houston, TX 77002** | Line  **2.9** | |
| **Jeff Leaverton**<br>**Padfield & Stout**<br>**420 Throckmorton Street**<br>**Fort Worth, TX 76102** | Line  **2.6** | |
| **Konor Cormier**<br>**Mehaffy Weber pC**<br>**500 Dallas St.**<br>**Suite 2800**<br>**Houston, TX 77002** | Line  **2.7** | |
| **Propel Financial Services**<br>**Attn Jessica Hernandez**<br>**1272 Silicon Dr.**<br>**Houston, TX 77249** | Line  **2.8** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 7

Debtor   **11500 Space Center, LLC**
_____
Name

Case number (if known)   **21-32299**
_____

| | |
|---|---|
| **Rob Harlow / Thad Armstrong**<br>**Jackson Walker, LLP**<br>**1401 McKinney**<br>**Suite 1900**<br>**Houston, TX 77010** | Line __2.4__ |
| **Timothy C. Ross**<br>**Andrews Myers, P.C.**<br>**1885 Saint James Place, 15th Fl**<br>**Houston, TX 77056** | Line __2.12__ |

**Fill in this information to identify the case:**

Debtor name __**11500 Space Center, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __21-32299__

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br><br>**J. Kevin Munz**<br>**3011 Ferndale St.**<br>**Houston, TX 77098**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$875,815.14** |
| **3.2** Nonpriority creditor's name and mailing address<br><br>**O'Connor & Associates**<br>**2200 North Loop West**<br>**Suite 200**<br>**Houston, TX 77018**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$45,803.36** |
| **3.3** Nonpriority creditor's name and mailing address<br><br>**SOMC Citadel LLC**<br>**11500 Space Center**<br>**Houston, TX 77019**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,328,837.28** |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor    **11500 Space Center, LLC**
Name

Case number (if known)    **21-32299**



| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      0.00 |
| **5b. Total claims from Part 2** | 5b. + | $      9,250,455.78 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $      9,250,455.78 |

**Fill in this information to identify the case:**

Debtor name    **11500 Space Center, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **21-32299**

☐ Check if this is an
   amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest | **Debtor is landlord with respect to commerical lease of nonresidential real property and hospital leased to Sacred Oak Medical Center, LLC.** |
| State the term remaining | |
| List the contract number of any government contract | **Sacred Oak Medical Center, LLC**<br>**11500 Space Center Blvd**<br>**Houston, TX 77058** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __11500 Space Center, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __21-32299__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **John K Munz** | | **Majestic** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **John K. Munz** | | **PEAH Capital, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Sacred Oak Medical Center** | **11500 Space Center Houston, TX 77019** | **Wilson Fire Equipment & Service Co Inc** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Space Center Blvd Land Development LP** | **11500 Space Center Blvd Houston, TX 77019** | **Private Capital Group Inc.** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Space Center Blvd Land Development LP** | **11500 Space Center Blvd Houston, TX 77019** | **Majestic** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **11500 Space Center, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **21-32299**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date**<br>*To be supplemented* | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

---

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1.   **See attached SOFA Exhibit 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    

| Debtor | 11500 Space Center, LLC | Case number *(if known)* | 21-32299 |
|---|---|---|---|

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **TO BE SUPPLEMENTED** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **11500 Space Center LLC v. Majestic Investments LLC 202132374** | **Contract** | **152nd Judicial District in Harris County 201 Caroline St Houston, TX 77002** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.   **PCG Credit Partners, LLC v 11500 Space Center LLC 202122733** | **Contract** | **61st Judicial Dist Ct in Harris Cty, TX 201 Caroline Houston, TX 77002** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3.   **L&W Supply Corporation (DBA Building Specialties) v. Triple J Contractors, LLC, Christian Edward Jarvis, Individually, Tyler Blanc Jarvis, Individually, 11500 Space Center, LLC, Clearpoint Crossing Property Owners Association, Space Center Blvd, Land Development, LP and Mr. Money Holdings, Inc. 202129499** | **Contract** | **125th Judicial Dist Ct in Harris Cty, TX 201 Caroline Houston, TX 77002** | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor   **11500 Space Center, LLC**                                    Case number *(if known)*   **21-32299**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **11500 Space Center LLC v Harris County Appraisal District**<br>**202054033** | **Property Tax** | **125th Judicial Dist in Harris Cty, TX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Haselden Farrow PLLC**<br>**700 Milam**<br>**Suite 1300**<br>**Houston, TX 77002** | | **5/27/2021 -<br>$10,000<br>6/02/2021 -<br>$20,000** | **$30,000.00** |
| | Email or website address<br>**mhaselden@haseldenfarrow.com** | | | |
| | Who made the payment, if not debtor?<br>**John & Sandra Munz** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor   **11500 Space Center, LLC**          Case number *(if known)*   **21-32299**

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **11500 Space Center, LLC**    Case number *(if known)*  **21-32299**

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

    | Owner's name and address | Location of the property | Describe the property | Value |
    |---|---|---|---|
    | Sacred Oak Medical Center, LLC<br>11500 Space Center Blvd<br>Houston, TX 77058 | 11500 Space Center Blvd<br>Houston, TX 77058 | FFE for psychiatric hospital, including , but not limited to, medical machinery & equipment, bedding, furniture, supplies, linens and other items utilized in a hospital. | Unknown |

---

**Part 12:**   **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

| Debtor | 11500 Space Center, LLC | Case number *(if known)* | 21-32299 |
|---|---|---|---|

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Alan Ashworth CPA, PLLC**<br>**301 Forest Lane**<br>**Huntsville, TX 77340** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Alan Ashworth CPA, PLLC**<br>**301 Forest Lane**<br>**Damon, TX 77430** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    11500 Space Center, LLC _____     Case number *(if known)*  21-32299 _____

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| KSCM Holdingx, LP | 1302 Waugh<br>Houston, TX 77019 | Membership interest | 97.15% (possibly 100%, 2.85 % interest alleged to be held by minority member is disputed). |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See SOFA 4** | | | |
| **Relationship to debtor** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **11500 Space Center, LLC**                                      Case number (if known)  **21-32299**

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July 19, 2021**

_____          **John Kevin Munz**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **President of Manager**

---

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

6:06 PM
07/19/21
Accrual Basis

## 11500 Space Center, LLC
### Transactions by Account
As of July 6, 2021

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Vertex Bank** | | | | | | | | |
| Beginning Balance | | | | | | | | -3,041.50 |
| General Journal | 04/05/2021 | | Citi Business Card | | ✓ | Credit Card | -376.44 | -3,417.94 |
| General Journal | 04/05/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | 3,500.00 | 82.06 |
| Bill Pmt -Check | 04/22/2021 | ACH | Bank of America | | ✓ | Accounts Payable | -5,000.00 | -4,917.94 |
| General Journal | 04/22/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | 6,550.00 | 1,632.06 |
| Bill Pmt -Check | 04/23/2021 | | Home Depot | | ✓ | Accounts Payable | -1,000.00 | 632.06 |
| Transfer | 04/23/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | 1,000.00 | 1,632.06 |
| Check | 04/30/2021 | | Vertex Bank | Service Charge | ✓ | Bank Service Charges | -15.00 | 1,617.06 |
| General Journal | 05/05/2021 | | Citi Business Card | | ✓ | -SPLIT- | -401.70 | 1,215.36 |
| Bill Pmt -Check | 05/11/2021 | 1501 | Jeffrey W. Burnett, PLLC | 20-10095 | ✓ | Accounts Payable | -375.00 | 840.36 |
| Bill Pmt -Check | 05/15/2021 | ACH | Home Tax Solutions LLC | | ✓ | Accounts Payable | -1,569.46 | -729.10 |
| General Journal | 05/17/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | 750.00 | 20.90 |
| Bill Pmt -Check | 05/17/2021 | ACH | Home Tax Solutions LLC | 18-5399 | ✓ | Accounts Payable | -1,454.50 | -1,433.60 |
| Transfer | 05/18/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | 30.00 | -1,403.60 |
| Transfer | 05/18/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | 1,043.60 | -360.00 |
| Transfer | 05/19/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | 375.00 | 15.00 |
| Check | 05/28/2021 | | Vertex Bank | Service Charge | ✓ | Bank Service Charges | -15.00 | 0.00 |
| General Journal | 06/01/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | -9,837.96 | -9,837.96 |
| Bill Pmt -Check | 06/02/2021 | ACH | CNA Insurance | | ✓ | Accounts Payable | -1,239.50 | -11,077.46 |
| Bill Pmt -Check | 06/02/2021 | ACH | Home Tax Solutions LLC | | ✓ | Accounts Payable | -6,733.25 | -17,810.71 |
| Bill Pmt -Check | 06/02/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | 17,825.71 | 15.00 |
| General Journal | 06/02/2021 | 1502 | Alberto Vasquez | May | ✓ | -SPLIT- | -700.00 | -685.00 |
| General Journal | 06/04/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | 1,000.00 | 315.00 |
| General Journal | 06/08/2021 | | Reliant | | ✓ | Vertex Bank | -3,176.96 | -2,861.96 |
| Transfer | 06/09/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | 10,531.56 | 7,669.60 |
| Bill Pmt -Check | 06/09/2021 | 1505 | Clear Lake City Water Authority | | ✓ | Accounts Payable | -22.00 | 7,647.60 |
| Transfer | 06/10/2021 | | To J Kevin Munz | Transfer to J Kevin Munz | ✓ | J. Kevin Munz | -150.00 | 7,497.60 |
| Transfer | 06/10/2021 | | To J Kevin Munz | Funds Transfer | ✓ | J. Kevin Munz | -3,000.00 | 4,497.60 |
| General Journal | 06/23/2021 | | Sacred Oak Medical | | ✓ | A/R: Sacred Oak Medical LLC | -4,000.00 | 497.60 |
| General Journal | 06/23/2021 | | Vertex Bank | Stop Payment | ✓ | Bank Service Charges | -35.00 | 462.60 |
| **Total Vertex Bank** | | | | | | | **3,504.10** | **462.60** |
| **TOTAL** | | | | | | | **3,504.10** | **462.60** |

*The schedule is a full account detail including numerous deposits to Debtor's account from J. Munz.



EXHIBIT

SOFA EXHIBIT 3

exhibitsticker.com

Sum of Transactions by Vendor/Name as of 4/05/21-7/6/21

| Type | Date | Num | Name | Reason | Clr | Account | Amount |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 06/04/2021 | 1502 | Alberto Vasquez | Repairs and Maintenance | ✓ | Repairs and Maintenance | -$700.00 |
| Bill Pmt -Check | 04/22/2021 | | Bank of America | Building Improvements | ✓ | Accounts Payable | -$5,000.00 |
| General Journal | 04/05/2021 | ACH | Cill Business Card | Office Supplies | ✓ | Office Supplies | -$378.44 |
| General Journal | 05/06/2021 | ACH | Cill Business Card | Office Supplies | ✓ | Office Supplies | -$401.70 |
| **Total Paid to Cill Business** | | | | | | | **-$778.14** |
| Bill Pmt -Check | 06/09/2021 | 1505 | Clear Lake City Water Authority | Utilities | ✓ | A/R-Sacred Oak Medical | -$22.00 |
| **Total Received from J Kevin Munz** | | | | | | | **-$22.00** |
| Bill Pmt -Check | 06/02/2021 | ACH | CNA Insurance | Insurance | ✓ | Insurance Expense | -$9,637.96 |
| General Journal | 04/05/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | $3,500.00 |
| General Journal | 04/22/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | $6,550.00 |
| Transfer | 04/23/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | $1,000.00 |
| General Journal | 05/17/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | $750.00 |
| Transfer | 05/18/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | $30.00 |
| Transfer | 05/18/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | $1,043.60 |
| Transfer | 05/18/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | $376.00 |
| General Journal | 06/01/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | $15.00 |
| General Journal | 06/02/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | $17,825.71 |
| Transfer | 06/08/2021 | | From J Kevin Munz | Transfer to Bank | ✓ | J. Kevin Munz | $10,531.56 |
| Transfer | 06/10/2021 | | From J Kevin Munz | Funds Transfer | ✓ | J. Kevin Munz | -$150.00 |
| Transfer | 06/10/2021 | | To J Kevin Munz | Funds Transfer | ✓ | J. Kevin Munz | -$3,000.00 |
| **Total Received from J Kevin Munz** | | | | | | | **$38,470.87** |
| Bill Pmt -Check | 04/23/2021 | ACH | Home Depot | Building Improvements | ✓ | Accounts Payable | -$1,000.00 |
| Bill Pmt -Check | 05/15/2021 | ACH | Home Tax Solutions LLC | Payment | ✓ | Interest | -$1,569.46 |
| Bill Pmt -Check | 05/17/2021 | ACH | Home Tax Solutions LLC | Payment | ✓ | Interest | -$1,454.50 |
| Bill Pmt -Check | 06/02/2021 | ACH | Home Tax Solutions LLC | Payment | ✓ | Interest | -$1,454.50 |
| Bill Pmt -Check | 06/02/2021 | ACH | Home Tax Solutions LLC | Payment | ✓ | Interest | -$6,733.25 |
| **Total Paid to Home Tax Solutions** | | | | | | | **-$11,211.71** |
| Bill Pmt -Check | 05/11/2021 | 1501 | Jeffrey W. Burnett, PLLC | Legal | ✓ | Professional Fees | -$375.00 |
| General Journal | 06/08/2021 | ACH | Reliant | A/R Sacred Oak | ✓ | Veritex Bank | -$3,176.96 |
| General Journal | 06/08/2021 | | Sacred Oak Medical | Transfer to Sacred Oak | ✓ | A/R- Sacred Oak Medical LLC | $1,000.00 |
| Transfer | 06/23/2021 | | Sacred Oak Medical | Transfer to Sacred Oak | ✓ | A/R- Sacred Oak Medical LLC | -$4,000.00 |
| **Total Paid to Sacred Oak Medical Center** | | | | | | | **-$6,176.96** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Check | 04/30/2021 | Vertex Bank | Service Charge | √ | Bank Service Charges | -$15.00 |
| Check | 05/28/2021 | Vertex Bank | Service Charge | √ | Bank Service Charges | -$15.00 |
| General Journal | 06/23/2021 | Vertex Bank | Stop Payment | √ | Bank Service Charges | -$35.00 |
| Total Paid to Vertex Bank | | | | | | -$65.00 |
| | | | | | | |
| Total of Expenses and Transfers | | | | | | $3,564.10 |