B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

In re   **11500 Space Center, LLC**   Case No.   **21-32299**
Debtor(s)   Chapter   **11**

## AMENDED
## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**
   
   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ |
   | Prior to the filing of this statement I have received | $ |
   | Balance Due | $ |

   ■ **RETAINER**
   
   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $   20,700.00 * |
   | The undersigned shall bill against the retainer at an hourly rate of | $   400.00 |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

   *On May 27, 2021, a retainer of $10,,000.00 was received by Haselden Farrow, PLLC ("HF"), via wire transfer from John K. & Sandra Munz. On June 2, 2021, an additional retainer of $20,000 was received via wire transfer from John K & Sandra Munz for pre and post-petition bankruptcy services to be provided to the Debtor,. On June 1, 2021, HF applied $4,100.00 of the prepetition retainer for legal services and expenses provided provided to the Debtor. On July 6, 2021, prior to the bankruptcy filing, HF applied an additional $5,200.00 of the prepetition retainer fgal services and expenses provided in conjunction with the bankruptcy preparation, leaving the balance of $20,700.00 as the aggregate retainer for post-petition services in the Chapter 11 case of 11500 Space Center, LLC.

2. $ **1,738.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **John K. & Sandra Munz**

4. The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify):   **Debtor and/or John K. & Sandra Munz**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **e. Scope of representation is more specifically detailed in Application to Employ Debtor's Counsel.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re  **11500 Space Center, LLC**  Case No. **21-32299**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 20, 2021** | */s/ Melissa A. Haselden* |
| Date | **Melissa A. Haselden** |
| | *Signature of Attorney* |
| | **Haselden Farrow PLLC** |
| | **700 Milam, Suite 1300** |
| | **Pennzoil Place** |
| | **Houston, TX 77002** |
| | **(832)819-1149   Fax: (866)405-6038** |
| | **mhaselden@haseldenfarrow.com** |
| | *Name of law firm* |